Beverly J. WATKINS, Respondent,

v.

Larry D. WATKINS, Appellant.

No. WD 46949.

Missouri Court of Appeals,
Western District.

July 13, 1993.

Steven D. Wolcott, Liberty, for appellant.

Michael Svetlic, Steven M. Petry, Kansas City, for respondent.

Before BERREY, P.J., and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from a decree of dissolution.

Affirmed.   Rule 84.16(b).

BOESE HILBURN ELECTRIC
SERVICE COMPANY,
Appellant,

v.

HENGES ASSOCIATES,
INC., Respondent.

No. WD 46993.

Missouri Court of Appeals,
Western District.

July 13, 1993.

Thomas M. Moore, J. Bryan Allee, Kansas City, for appellant.

Ira M. Potter, St. Louis, for respondent.

Before BERREY, P.J., and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from judgment for damages for breach of oral contract.

Judgment affirmed.   Rule 84.16(b).